1  RICHARD DOYLE, City Attorney (88625)
   NORA FRIMANN, Assistant City Attorney (93249)
2  ARDELL JOHNSON, Chief Deputy City Attorney (95340)
   KENDRA MCGEE-DAVIES, Senior Deputy City Attorney (260459)
3  Office of the City Attorney
   200 East Santa Clara Street, 16th Floor
4  San José, California 95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number: (408) 998-3131
   E-Mail Address: cao.main@sanjoseca.gov
6

Attorneys for City of San Jose; San Jose Police
7  Officer Alexander Keller; San Jose Police Officer
   Baldwin; San Jose Police Officer Zarate; And San
8  Jose Police Officer Bortolotti

9

   Stephen A. Horner (Bar No. 292971)
10 Stephen A. Horner, Esq.
   116 E. Campbell Avenue, #1
11 Campbell, CA 95008
   Telephone: (408)219-1227
12 E-mail: horner.steve@gmail.com

13 Attorneys for Plaintiff, David Armstrong

14

15                        UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17                                SAN JOSE DIVISION

18

| | |
|---|---|
| DAVID ARMSTRONG, | Case Number: 16-cv-02938-EJD |
| Plaintiff(s), | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION DATE** |
| v. | |
| CITY OF SAN JOSE; SAN JOSE POLICE OFFICER ALEXANDER KELLER; SAN JOSE POLICE OFFICER BALDWIN; SAN JOSE POLICE OFFICER ZARATE; AND SAN JOSE POLICE OFFICER BORTOLOTT, and DOES, inclusive, | ENE Date: June 6, 2017<br>Time: 10:00 a.m.<br>Neutral: Dale Allen<br>Courtroom: 4<br>Judge: Hon. Edward J. Davila |
| Defendant(s). | |

     Plaintiff David Armstrong and Defendants City of San Jose, Officer

Alexander Keller, Officer Glenn Baldwin, Officer Christine Zarate, and Sergeant Damian

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY          Case Number: 16-cv-02938-EJD
NEUTRAL EVALUATION DATE
                                                            1414001

Bortolotti (collectively the "City"), by and through their respective counsel, hereby stipulate as follows:

1. Due to the unavailability of Defendant Baldwin for the scheduled ENE on May 26, 2017 and other calendaring conflicts of the parties and neutral, the parties respectfully request that the Court extend the date to complete the ENE from May 30, 2017 to June 30, 2017. The new date for the ENE is June 6, 2017.

Respectfully submitted,

Dated: May 9, 2017      RICHARD DOYLE, City Attorney

By: /s/ Kendra McGee-Davies
KENDRA MCGEE-DAVIES
Senior Deputy City Attorney

Attorneys for City of San Jose; San Jose Police Officer Alexander Keller; San Jose Police Officer Baldwin; San Jose Police Officer Zarate; And San Jose Police Officer Bortolotti

LAW OFFICES OF STEPHEN A. HORNER

Dated: May 9, 2017

By: /s/ Stephen A. Horner
STEPHEN A. HORNER
Attorney for David Armstrong

I attest that Plaintiff's counsel has read and approved this document, and given consent to the filing of the same with the Court

Respectfully submitted,

Dated: May 9, 2017      RICHARD DOYLE, City Attorney

By: /s/ Kendra McGee-Davies
KENDRA MCGEE-DAVIES
Senior Deputy City Attorney

Attorneys for Defendants

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY          Case Number: 16-cv-02938-EJD
NEUTRAL EVALUATION DATE
                                                                                1414001

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Early Neutral Evaluation Date currently set for May 26, 2017, be continued to a date in June convenient to all parties and Dale Allen, and completed by June 30, 2017.

Dated: May 9, 2017

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT