| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | RICHARD DOYLE, City Attorney (88625)<br>NORA FRIMANN, Assistant City Attorney (93249)<br>ARDELL JOHNSON, Chief Deputy City Attorney (95340)<br>KENDRA MCGEE-DAVIES, Senior Deputy City Attorney (260459)<br>Office of the City Attorney<br>200 East Santa Clara Street, 16th Floor<br>San José, California 95113-1905<br>Telephone Number: (408) 535-1900<br>Facsimile Number: (408) 998-3131<br>E-Mail Address: cao.main@sanjoseca.gov<br><br>Attorneys for CITY OF SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ARMSTRONG,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE; SAN JOSE POLICE OFFICER ALEXANDER KELLER; SAN JOSE POLICE OFFICER BALDWIN; SAN JOSE POLICE OFFICER ZARATE; AND SAN JOSE POLICE OFFICER BORTOLOTTI, and DOES, inclusive,<br><br>Defendant(s). | Case Number: 16-cv-02938-EJD<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING DISCOVERY DEADLINES AND [~~PROPOSED~~] ORDER (Local Rule 6-2)**<br><br>as modified below |

Plaintiff David Armstrong and Defendants City of San Jose, Officer Alexander Keller, Officer Glenn Baldwin, Officer Christine Zarate, and Sergeant Damian Bortolotti (collectively the "City") respectfully submit this stipulation as follows:

WHEREAS, the Court approved the following discovery deadlines on March 24, 2017;

///

///

///

1

STIPULATION FOR EXTENDING DISCOVERY DEADLINES AND [PROPOSED] ORDER

Case Number: 16-cv-02938-EJD

1427912

| Event | Deadlines |
|---|---|
| Fact Discovery Cutoff | July 12, 2017 |
| Designation of Opening Expert with Reports | September 8, 2017 |
| Designation of Opening Experts with Reports | October 6, 2017 |
| Expert Discovery Cutoff | September 25, 2017 |
| Deadline for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | July 19, 2017 |
| Hearing on Anticipated Dispositive Motions | August 21, 2017 |

WHEREAS, the Court referred this matter for Early Neutral Evaluation on March 1, 2017 to be completed on or before May 30, 2017;

WHEREAS, the parties have not been able to complete the ENE due to the availability of the parties and neutral evaluator;

WHEREAS, the Court extended the deadline to complete the ENE to August 30, 2017;

WHEREAS, the Parties desire to meaningfully engage in settlement negotiations and avoid costs associated with discovery, as much as possible;

WHEREAS, the Parties will not be able to complete the necessary depositions in light of pre-planned vacations of various witnesses before the fact discovery cutoff deadline of July 12, 2017;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The discovery deadlines shall be extended as follows:

| Event | Deadlines |
|---|---|
| Fact Discovery Cutoff | August 14, 2017 |
| Designation of Opening Expert with Reports | September 8, 2017 (unchanged) |
| Designation of Opening Experts with Reports | October 6, 2017 (unchanged) |
| Expert Discovery Cutoff | September 25, 2017 (unchanged) |

| | |
|---|---|
| Deadline for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | August 23, 2017 |
| Hearing on Anticipated Dispositive Motions | ~~September 25, 2017~~ October 5, 2017 |

2. All other deadlines established by the Court shall remain the same.

Respectfully submitted,

RICHARD DOYLE, City Attorney

Dated: June 21, 2017

By: */Kendra McGee-Davies/*
    KENDRA MCGEE-DAVIES
    Deputy City Attorney

Attorneys for CITY OF SAN JOSE; SAN JOSE POLICE OFFICER ALEXANDER KELLER; SAN JOSE POLICE OFFICER BALDWIN; SAN JOSE POLICE OFFICER ZARATE; AND SAN JOSE POLICE OFFICER BORTOLOTTI

STEVEN HORNER

Dated: June 21, 2017

By: */Stephen Horner/*
    STEPHEN HORNER

Attorney for PLAINTIFF DAVID ARMSTRONG

**PROPOSED ORDER**

Pursuant to the foregoing stipulation of the Parties and good cause appearing therefore, the Court orders as follows:

| Event | Deadlines |
|---|---|
| Fact Discovery Cutoff | August 14, 2017 |
| Designation of Opening Expert with Reports | September 8, 2017 (unchanged) |
| Designation of Opening Experts with Reports | October 6, 2017 (unchanged) |
| Expert Discovery Cutoff | September 25, 2017 (unchanged) |
| Deadline for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | August 23, 2017 |
| Hearing on Anticipated Dispositive Motions | September 25, 2017 |

**IT IS SO ORDERED.**


Dated: _____          _____
                                HON. EDWARD J. DAVILA
                                UNITED STATES DISTRICT COURT