United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ARMSTRONG,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No. 5:16-cv-02938-EJD<br><br>**JUDGMENT** |

Defendants' Motion for Summary Judgment having been granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: October 11, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-02938-EJD
JUDGMENT

1